IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>**JEFFRERY MIGUEL AQUINO-MEJIAS,**<br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 25-140 (GMM)<br><br>VIOLATION:<br>8 U.S.C. § 1326(a) and (b)(2)<br><br>(ONE COUNT) |

*RECEIVED & FILED CLERK'S OFFICE MAR 19 2025 US DISTRICT COURT SAN JUAN, PR*

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**Re-entry of Removed Alien**
**(Title 8, *United States Code*, Sections 1326(a) and (b)(2))**

On or about March 12, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**JEFFRERY MIGUEL AQUINO-MEJIAS,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States after an aggravated felony conviction, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States.

[*Intentionally Left Blank*]

All in violation of Title 8, *United States Code*, Sections 1326(a) and (b)(2).

W. STEPHEN MULDROW
United States Attorney

Max J. Perez-Bouret
Assistant United States Attorney, Chief
Transnational Organized Crime Section

For: María L. Montañez-Concepción
Assistant United States Attorney, Deputy Chief
Transnational Organized Crime

Lani E. Lear
Assistant United States Attorney

TRUE BILL

Foreperson

Dated: March-19-2025