IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**JEFFREY MIGUEL AQUINO-MEJIAS,**<br>Defendant. | **Crim. No.:** 25-140 (GMM) |

## MOTION FOR CHANGE OF PLEA

**TO THE HONORABLE COURT:**

**COMES NOW,** defendant **JEFFREY MIGUEL AQUINO-MEJIAS** (Mr. Aquino-Mejias), by and through his undersigned attorney, who respectfully alleges and prays as follows:

1. Mr. Aquino-Mejias and the undersigned attorney have extensively discussed the contents of the Indictment against him, the fees and penalties involved, the applicability of the federal sentencing guidelines at the time of sentencing, the evidence that the Government may present at trial, and the strength and witnesses of the Government's case in chief.

2. Mr. Aquino-Mejias has decided to plead guilty to the Indictment pursuant to a straight plea.

3. Undersigned counsel is scheduled to be before this Court on April 11, 2025, for the status conference in the present case. We request Aquino Mejias' change of plea be scheduled for the same date and similar time.

**WHEREFORE,** it is respectfully requested that this Honorable Court take notice of the above and that a Change of Plea Hearing be scheduled.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, through the CM/ECF Electronic Filing System, which will send notification of this filing to all parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 9th day of April 2025.

> **RACHEL BRILL**
> **Federal Public Defender**
> **District of Puerto Rico**
>
> *S/Yasmin Irizarry-Pietri*
> Yasmin Irizarry-Pietri
> Assistant Federal Public Defender
> USDC-PR 213505
> 241 F.D. Roosevelt Avenue
> San Juan, PR  00918-2305
> Phone No. (787) 281-4922
> Yasmin_Irizarry@fd.org