IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JEFFRERY MIGUEL AQUINO-MEJIAS,**<br><br>**Defendant.** | **CRIMINAL NO.   25-140 (GMM)** |

## MOTION TO RESTRICT

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1. On April 21, 2025, the United States filed a memorandum that is self-explanatory related to the above captioned case (the "Memorandum").

2. In compliance with the requirements of this Court's Standing Order No. 9 dated January 30, 2013, the United States respectfully requests that the Memorandum be accepted by the Court for filing with the "Parties" level of restriction.

3. The United States is filing the Memorandum with the requested level of restriction because the level of restriction requested is necessary to protect the confidentiality of the matters in the instant case. The protection of the information detailed in the Memorandum outweighs the presumption of public access.

**WHEREFORE**, the United States respectfully prays the Court accept and file the Memorandum under the requested restriction level, and that an ORDER is issued directing the Memorandum to remain under such restriction level until further order by the Court.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21st day of April 2025.

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

*/s/Lani E. Lear*
Lani E. Lear
Assistant United States Attorney
USDC No. G04212
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Ave.
San Juan, PR 00918
Tel. (787) 766-5656

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/Lani E. Lear*
Lani E. Lear
Assistant United States Attorney